IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FREDRICO L. ROBINSON, #190306, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-965-WKW |
| | ) | [WO] |
| AGGIE BAGGOT, a.k.a. Angie | ) | |
| Baggett, and M. HUMPHRY, a.k.a. | ) | |
| Melanie Humphrey, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Magistrate Judge has entered a Recommendation that Defendants' motion for summary judgment be granted, to which no timely objections have been filed. (Doc. # 47.) Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), the court finds that the Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is ORDERED as follows:

(1) The Recommendation (Doc. # 47) is ADOPTED;

(2) Defendants' motion for summary judgment (Doc. # 12) is GRANTED; and

(3) Costs are TAXED against Plaintiff.

Final judgment will be entered separately.

DONE this 6th day of January, 2020.

                                                 /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE